Nathaniel C. Reed Builders, Inc., Plaintiff-Appellee, *v.* Morton R. Cohen, Defendant-Appellant.

(No. 59484; ▮▮▮▮▮▮

First District (3rd Division)—June 6, 1974.

PER CURIAM.
MEJDA, J., took no part.

Marvin G. Freeman, of Freeman, Freeman & Atkins, of Chicago, for appellant.

Robert A. Eiden, of Mehlman, Spitzer, Addis, Ticho, Susman, Randall, Horn and Pyes, of Chicago, for appellee.